■ MARILYN LITTMAN, Also Known as MARILYN DIEL, et al., Appellants, v. LOUIS NIERENBERG et al., Respondents.—

Concur — Stevens, P. J., Capozzoli, Nunez, McNally and Steuer, JJ.